**2013–0790. State ex rel. Robinson v. Home Depot USA, Inc.**
Franklin App. No. 12AP-560, 2013-Ohio-1465. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the clerk of the Court of Appeals for Franklin County.

## CASE ANNOUNCEMENTS

*August 12, 2014*

[Cite as *08/12/2014 Case Announcements #2*, 2014-Ohio-3473.]

## MOTION AND PROCEDURAL RULINGS

**2014–1319. State ex rel. Beltowski v. Smith.**
In Prohibition. On the motion for extension of time to file response of respondents, Judge Bradley J. Smith and Sandusky County Juvenile Court, it is ordered that the motion is granted. Respondents shall file their responses to the complaint for a writ of prohibition and motion for expedited ruling no later than August 15, 2014.